```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KATHERINE A. PLANTE
    Special Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000

 5  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:98-cr-05406 DLB |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL |
| v. | |
| NARCISO LOPEZ-VENEGAS, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss the charges in the above-entitled information against Narciso Lopez-Venegas, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 17, 2015            Respectfully submitted,

                                                          BENJAMIN B. WAGNER
                                                          United States Attorney

                                        By:   /s/ Katherine A. Plante
                                                  KATHERINE A. PLANTE
                                                  Special Assistant U.S. Attorney

1

## O R D E R

IT IS HEREBY ORDERED that Case No. 1:98-cr-05406 DLB be dismissed, without prejudice, in the interest of justice, and that the warrant issued in relation to this matter be recalled.

IT IS SO ORDERED.

Dated:   **December 17, 2015**

UNITED STATES MAGISTRATE JUDGE

2